IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN FERNANDEZ,

    Petitioner,

v.

UNITED STATES OF AMERICA

    Respondent.

CIVIL NO. 97-2345 (RLA)
[Crim. No. 93-182 (RLA)]

### ORDER FOR PETITIONER TO SHOW CAUSE

This 28 U.S.C. § 2255 petition was filed on September 8, 1997.

The action has been stayed several times at petitioner's instance. See Orders granting stay of proceedings, docket Nos. 5, 8, and 11.

It appearing that petitioner has failed to prosecute this action since March of 1999, the date of his last request for a stay proceedings, it is

HEREBY ORDERED that unless plaintiff shows cause **on or before October 11, 2000,** this petition shall be automatically dismissed for failure to prosecute. Rule 41 Fed. R. Civ. P.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18th day of September, 2000.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)