IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JUAN FERNANDEZ, | |
| Petitioner, | |
| v. | CIVIL NO. 97-2345 (RLA) |
| UNITED STATES OF AMERICA | [Crim. No. 93-182 (RLA)] |
| Respondent. | |

**FINAL JUDGMENT**

Petitioner having failed to show cause for his lack of prosecution of this action since March of 1999, it is

HEREBY ORDERED AND ADJUDGED that this petition be and the same is hereby dismissed pursuant to Rule 41 Fed. R. Civ. P.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23rd day of October, 2000.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)